IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JEREMY ANDREW THOMPSON**                                                                      **PLAINTIFF**

v.                                                                      CIVIL ACTION NO. 2:24-cv-4-TBM-RPM

**AMERICAN EXPRESS COMPANY**                                                                      **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. Moreover, the Defendant's Motion to Dismiss [7] is DENIED as MOOT. This CASE is CLOSED.

This, the 20th day of May, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE